# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROMINOV INVESTMENT SERVICES INC., GUSTAVO JOHAN ROMER VALERI and NINA VALENTINA IVANOFF DE ROMER,**

      **Plaintiffs,**

v.                                                                          Case No:   6:19-cv-427-Orl-31EJK

**U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and FRAUD DETECTION AND NATIONAL SECURITY DIRECTORATE OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES,**

      **Defendants.**

## ORDER

This cause comes before the Court on the Motions for Summary Judgment filed by Defendants (Doc. 28) and Plaintiffs (Doc. 29).

On July 2, 2020, the United States Magistrate Judge issued a report (Doc. 33) recommending that the Defendants' motion be granted and the Plaintiffs' motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendants' Motion for Summary Judgment (Doc. 28) is **GRANTED**.

3. Plaintiffs' Motion for Summary Judgment (Doc. 29) is **DENIED**.

4. The Clerk of Court is directed to enter judgment in favor of Defendants and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 27, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party